IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **THOMAS H. SCHROEDER**, on behalf of himself and all other employees similarly situated, known and unknown,<br><br>              Plaintiff,<br><br>   v.<br><br>**VILLAGE OF HARWOOD HEIGHTS**, an Illinois municipality, and **MARGARET FULLER**, individually and as Village President,<br><br>              Defendants. | No.  08 CV 4721<br><br>Judge Kocoras<br><br>Magistrate Judge Keys |

## NOTICE OF ELECTRONIC FILING

TO:   Hon. Margaret Fuller
       Village President
       VILLAGE OF HARWOOD HEIGHTS
       7300 W. Wilson Ave.
       Harwood Heights, IL 60706
       fuller@harwoodheights.org

    PLEASE TAKE NOTICE that on August 26, 2008, I electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, in the division named in the caption above, the following documents: **Notice of Lawsuit and Request for Waiver of Service of Summons**.

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on August 26, 2008, he served a copy of this notice and the indicated document(s) on the person(s) listed above by causing them to be deposited in the U.S. Mail with proper postage paid; and also by causing them to be transmitted via e-mail.

Roy P. Amatore, Esq.
Paul Luka, Esq.                                        /s/Paul Luka
AMATORE & ASSOCIATES, P.C.              PAUL LUKA
120 S. State Street • Suite 400
Chicago, IL 60603
312.236.9825 tel.