U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                               Case Number: 08 cv 4721
Thomas H. Schroeder
v.
Village of Harwood Heights
and Margaret Fuller

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Village of Harwood Heights and Margaret Fuller

| | |
|---|---|
| NAME (Type or print) <br> Paul L. Stephanides | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ | |
| FIRM <br> Robbins, Schwartz, Nicholas, Lifton & Taylor, Ltd. | |
| STREET ADDRESS <br> 179 N. Chicago Street | |
| CITY/STATE/ZIP <br> Joliet, IL 60432 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6204555 | TELEPHONE NUMBER <br> 815-722-6560 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |